United States District Court
Southern District of Texas
**ENTERED**
October 30, 2024
Nathan Ochsner, Clerk

**FILED UNDER SEAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**UNITED STATES OF AMERICA,**  Miscellaneous Case No. 24-1768

    Plaintiff,

*ex rel.* **RELATOR LLC**, a California limited liability company,

    Relator,

  v.

**CASEY PAULSON**, an individual, **ANDY MITCHELL**, an individual, **BLUEJACK DEVELOPMENT CO, LLC**, a Delaware limited liability company, **THE BLUEJACK COMPANY, LLC**, a Delaware limited liability company, and DOES 1-10,

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**ORDER GRANTING RELATOR LLC'S MOTION TO SEAL COMPLAINT**

    The Motion to Seal Complaint filed by Plaintiff Relator LLC is granted. The Complaint and proceedings in this False Claims Act case are sealed until December 31, 2024. By December 27, 2024, the relator and the United States must show cause why the matter should not be unsealed.

Signed on ___October 29___, 2024 at Houston, Texas.

                                                       Lee H. Rosenthal
                                                   United States District Judge